# EXHIBIT 2



# Zipbuds

**Reg. No. 4,115,616**  
**Registered Mar. 20, 2012**  
**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

ZIPBUDS, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)  
SUITE 260  
6170 CORNERSTONE COURT EAST  
SAN DIEGO, CA 92121

FOR: AUDIO HEADPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-9-2010; IN COMMERCE 11-9-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-056,643, FILED 6-7-2010.

HOWARD B. LEVINE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office