```
 1  Andrew D. Skale (SBN 211096)
    askale@mintz.com
 2  Ben L. Wagner (SBN 243594)
    bwagner@mintz.com
 3  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
    3580 Carmel Mountain Road, Suite 300
 4  San Diego, CA  92130
    Telephone: (858) 314-1500
 5  Facsimile:  (858) 314-1501

 6  Attorneys for Plaintiff
    ZIPBUDS, LLC
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ZIPBUDS, LLC. | Case No. 12-CV-0768 (IEG) (DHB) |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| MIZCO INTERNATIONAL, LLC; ECKO COMPLEX, LLC d/b/a ECKO UNLIMITED; and IP HOLDINGS UNLTD, LLC | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff ZIPBUDS, LLC and Defendants MIZCO INTERNATIONAL, LLC; ECKO COMPLEX, LLC d/b/a ECKO UNLIMITED; and IP HOLDINGS UNLTD, LLC hereby stipulate to the dismissal of this action in its entirety without prejudice.

Dated: August 22, 2012           MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO

                                 By:  s/Andrew D. Skale
                                      Andrew D. Skale, Esq.
                                      Ben L. Wagner, Esq.

                                 Attorneys for Plaintiff, ZIPBUDS, LLC.

Dated: August 22, 2012           ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK, P.C.

                                 By:
                                      John D. DErcole, Esq.

                                 Attorneys for Defendants

1
STIPULTION OF DISMISSAL